IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DAVID JUST,<br><br>Defendant. | CR 23-78-BLG-SPW<br><br>ORDER ON JUST'S MOTION IN LIMINE (OTHER CRIMES) |

On December 2, 2024, Defendant John David Just filed his first Motion in Limine (Doc. 48) to exclude: (1) a 2018 domestic violence conviction out of Big Horn Justice Court and (2) evidence that he sold a firearm to a convicted felon. (Doc. 48; Doc. 51 at 2).

The Government responded that it "does not intend to introduce any evidence or testimony regarding [Just's] conviction." (Doc. 56 at 2). The Government further "agrees it will not present evidence or testimony that one of the persons the defendant sold a firearm to had been convicted of a felony, unless the defendant opens the door to such testimony." (*Id.* at 6).

As demonstrated by the Government's response, the Court finds that the parties agree to the exclusion of the evidence.

1

Therefore, IT IS ORDERED that Defendant John David Just's Motion in Limine is GRANTED.

DATED this 22nd day of January, 2025.

SUSAN P. WATTERS
United States District Judge