IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DAVID JUST,<br><br>Defendant. | CR 23-78-BLG-SPW<br><br>ORDER |

Defendant's Motion to Dismiss (Doc. 44) was brought before this Court for hearing on February 14, 2025. For the reasons stated on the record,

**IT IS HEREBY ORDERED** that Defendant's Motion (Doc. 44) is **DENIED**.

The Clerk of Court is directed to notify the parties of the making of this order.

DATED the 14th day of February, 2025.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE

1